UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICO LYNTICE RILEY, | No. 2:23-cv-01511-EFB (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| PRUDHLE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983.  On October 30, 2023, the court dismissed plaintiff's complaint with leave to amend. ECF No. 5.  Plaintiff seeks a 90-day extension of time to file the amended complaint.  ECF No. 8. Plaintiff argues that the extension is necessary due to the complexity of the case and because prison officials have tampered with his legal mail.  *Id.*

The court finds that a 90-day extension of time would delay the case unduly but will grant plaintiff a more limited extension of time.  Accordingly, it is hereby ORDERED that:

1. Plaintiff's November 30, 2023 motion for extension of time (ECF No. 8) is GRANTED IN PART;

/////

/////

/////

1

2. Plaintiff shall file his amended complaint on or before January 26, 2024; and

3. Failure to comply with this order may result in dismissal of this action.

So ordered.

Dated: December 6, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE