UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICO LYNTICE RILEY,<br><br>Plaintiff,<br><br>v.<br><br>PRUDHLE, et al.,<br><br>Defendants. | No. 2:23-cv-01511-DAD-EFB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S DUE PROCESS AND EIGHTH AMENDMENT CLAIMS WITHOUT FURTHER LEAVE TO AMEND<br><br>(Doc. No. 11) |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 30, 2024, the assigned magistrate judge screened plaintiff's amended complaint (Doc. No. 10) and issued findings and recommendations recommending that plaintiff's due process and Eighth Amendment claims asserted in his first amended complaint be dismissed without leave to amend for failure to state a cognizable claim. (Doc. No. 11.) Specifically, the magistrate judge concluded that plaintiff had again failed to allege that any named defendant was involved in the claimed loss of his property and that, in any event, California law provides a meaningful post-deprivation remedy for property deprivation by a public official. (*Id.* at 3.) In addition, the magistrate judge found that plaintiff had again failed to allege facts showing that the conditions he was allegedly subjected to while housed in administrative segregation or awaiting a

1

proposed transfer imposed an atypical or significant hardship on him in relation to the ordinary incidents of prison life. (*Id.* at 4.) As to plaintiff's Eighth Amendment claim the magistrate judge concluded that the verbal harassment alleged by plaintiff, even if true, failed to state a cognizable claim. (*Id.* at 5.) Finally, as to both claims the magistrate judge determined the granting of further leave to amend those claims would be futile. (*Id.* at 4–5.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 8.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations filed August 30, 2024 (Doc. No. 11), are ADOPTED in full;
2. The Eighth Amendment and Due Process claims asserted in plaintiff's first amended complaint (Doc. No. 10) are DISMISSED for failure to state a cognizable claim without further leave to amend; and
3. This matter is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **March 5, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2