1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RICO LYNTICE RILEY,                    No.  2:23-cv-01511-DAD-EFB (PC)

12                    Plaintiff,

13                                           ORDER
              v.
14
      PRUDHLE, et al.,
15
                      Defendants.
16

17
           Plaintiff is a state prisoner proceeding pro se and in forma pauperis.  On November 10,
18
      2025, plaintiff filed a request for production of documents.  ECF No. 33.
19
           Plaintiff is informed that court permission is not necessary for discovery requests and that
20
      neither discovery requests served on an opposing party nor that party's responses should be filed
21
      until such time as a party becomes dissatisfied with a response and seeks relief from the court
22
      pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties shall
23
      not be filed with the court unless, and until, they are at issue.
24
           Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF Nos. 33) is denied
25
      without prejudice.  The documents provided will be placed in the court file and disregarded.
26
      /////
27
      /////
28

                                         1

Plaintiff is cautioned that further filing of discovery requests, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

Dated: November 17, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE