UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICO LYNTICE RILEY,

        Plaintiff,

    v.

PRUDHLE, et al.,

        Defendants.

No.  2:23-cv-01511-EFB (PC)

ORDER

Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983.  Before the court are defendants' motions: (1) to extend the discovery cut-off (ECF No. 35), (2) to compel plaintiff's discovery responses (ECF No. 36), and (3) to stay the discovery and dispositive motion deadlines (ECF No. 37).

Defendants seek to extend the discovery deadline in order to accomplish plaintiff's deposition, which was delayed due to plaintiff's transfer to another prison.  ECF No. 35.  They also seek to postpone the discovery and dispositive motion deadline pending the court's resolution of their motion to compel.  ECF No. 37.  Federal Rule of Civil Procedure 16(b)(4) provides: "A schedule may be modified only for good cause and with the judge's consent."  Courts considering a request to modify a schedule under Rule 16(b)(4) look primarily to the whether the party seeking modification could not reasonably meet the deadline despite his diligence.  *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992).  While the focus

1

is primarily on the moving party's diligence, "the existence or degree of prejudice to the party opposing the motion might supply additional reasons to deny" the requested modification. *Id.*

In their motion to compel, defendants argue that plaintiff has wholly failed to respond to their written discovery requests, a response to which was due on December 7, 2025. ECF No. 36. Plaintiff has not responded to the motion, which was filed when plaintiff's address with the court was not current and plaintiff was apparently being transferred from California State Prison, Sacramento to Mule Creek State Prison. Plaintiff has since updated his address with the court.

Defendants have shown good cause to vacate the current schedule, as plaintiff's deposition and discovery responses are necessary to proceed with dispositive motions.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Defendants' motions to extend the discovery deadline (ECF No. 35) and to stay the discovery and dispositive motion deadlines (ECF No. 37) are GRANTED.

2. The deadlines set by the court's discovery and scheduling order (ECF No. 32) are VACATED and will be reset by the court upon resolution of the pending motion to compel (ECF No. 36).

3. Plaintiff shall file an opposition or statement of non-opposition to the motion to compel (ECF No. 36) within 30 days of the date of this order. The Clerk of Court is directed to serve a copy of ECF No. 36 on plaintiff along with this order.

DATED: April 3, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2