UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICO LYNTICE RILEY,

Plaintiff,

v.

PRUDHLE, et al.,

Defendants.

No. 2:23-cv-01511 DAD EFB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANT BULGARY FROM THIS ACTION

(Doc. No. 31)

Plaintiff Rico Lyntice Riley is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 17, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's claims brought against named defendant Bulgary in this action be dismissed. (Doc. No. 31.) Specifically, the magistrate judge concluded that despite being given the opportunity to do so, plaintiff had failed to provide additional information necessary to effect service on defendant Bulgary as ordered by the court. (*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 17, 2025 (Doc. No. 31) are adopted in full;
2. Plaintiff's claims brought against named defendant Bulgary in this action are dismissed; and
3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 15, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE